**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01120-CV

### ERIN THORNTON, Appellant

### V.

### CITY OF PLANO, TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-00832-2014

## ORDER

Before the Court is the October 21, 2014 amicus curiae motion in support of appellant's motion to require the Collin County District Clerk to correct the filing date on appellant's notice of appeal. Appellant sought to have the file date changed from September 4, 2014 to September 2, 2014, the date it was electronically submitted through the Texas E-File system. In an order dated October 20, 2014, the Court granted appellant's motion to the extent she sought an extension of time to file her notice of appeal. Later that day, the Court received a clerk's record containing appellant's notice of appeal with the September 4, 2014 file date stricken and a new file date of September 2, 2014 added. Accordingly, we **DENY** the amicus curiae motion as moot.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE